IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-02574-MSK-CBS

WILLIAM MARTIN; and
SHELLEY MARTIN,

        Plaintiffs,

v.

PETE HAUTZINGER;
STAN HILKEY;
TIM HENDERSON;
ADA DANIEL RUBINSTEIN;
GORDON SMITH;
DOUG LUCAS;
HEIDI PETERSON;
MIKE MILLER;
TANYA BRECHLIN;
ART SMITH;
JENNA REED;
ROBIN MARTIN;
M. DILLON;
S. HASTY;
INVESTIGATOR WARNER;
SGT. HOLDREN;
INVESTIGATOR D. NORRIS;
TRAVIS CHRISTENSEN;
MATT LEWIS; and
MESA COUNTY SHERIFF'S DEPARTMENT,

        Defendants.

**ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN EVIDENTIARY HEARINGS AND TRIALS**

      IT IS ORDERED that, as to any exhibits and depositions used during evidentiary hearings or trials, counsel for the parties shall retrieve the originals of such exhibits and

depositions from the Court following the evidentiary hearing or trial, and shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. The Court will retain its copy of the exhibits for the same time period after which the documents will be destroyed.

DATED this 17th day of November, 2009.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge